## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK), <br><br> Plaintiff, <br><br> v. <br><br> SUBLEASE INTEREST OBTAINED PURSUANT TO AN ASSIGNMENT AND ASSUMPTION OF LEASEHOLD INTEREST MADE AS OF JANUARY 25, 2007, WITH SAID PROPERTY INTEREST PERTAINING TO DESCRIBED LEASEHOLD INTERESTS AT WASHINGTON UNION STATION LOCATED, ET AL., <br><br> Defendants. | Case No. 25-7031 |

## STATEMENT OF ISSUES TO BE RAISED

Defendant-Appellant Union Station Sole Member, LLC ("USSM") hereby submits this non-binding Statement of Issues to be Raised.

This is an appeal from each and every part of the March 5, 2025 Memorandum Opinion and Order, and March 7, 2025 judgment, issued by the Honorable Amit P. Mehta that, among other things, dismissed USSM from Amtrak's underlying condemnation action and approved a settlement of the proceeding in which USSM did not acquiesce without determining the fair market value of the condemned property. *National Railroad Passenger Corp. (Amtrak) v. Sublease Interest Pertaining to Described Leasehold Interests at Washington Union Station, et al.*, 22-cv-01043, Dkt. Nos. 181, 184.

USSM contends the district court erred in dismissing USSM from the condemnation action for lack of standing.  USSM expects to raise the following issues on appeal:

1. Whether a loan foreclosure that occurred after Amtrak initiated this condemnation action in April 2022, which legally fixed the right  to the condemnation proceeds, deprived USSM of the right to participate in the condemnation proceeding, the proceeds, and the property's equity at the time of taking.

2. Did the district court err in approving the settlement without determining the fair market value of the condemned property?

Dated: April 7, 2025

Respectfully submitted,

ARENTFOX SCHIFF LLP

  /s/ James H. Hulme
James H. Hulme
1717 K Street, NW
Washington, D.C. 20006
Telephone: (202) 857-6000
james.hulme@afslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2025, I electronically filed the foregoing with the United States Court of Appeals for the District of Columbia Circuit through the Court's CM/ECF system. All counsel of record are registered CM/ECF users and will be served by the CM/ECF system.


*/s/ James H. Hulme*
James H. Hulme