# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-7031**             **September Term, 2024**

**1:22-cv-01043-APM**

**Filed On:** July 2, 2025

National Railroad Passenger Corporation, (Amtrak),

         Appellee

         v.

Sublease Interest Obtained Pursuant to an Assignment and Assumption of Leasehold Interest Made as of January 25, 2007, with said property interest pertaining to described leasehold interests at Washington Union Station, et al.,

         Appellees

Union Station Sole Member, LLC,

         Appellant

         **BEFORE:**    Katsas, Rao, and Walker, Circuit Judges

## O R D E R

     Upon consideration of the motion to hold in abeyance, the oppositions thereto, and the reply, it is

     **ORDERED** that the motion to hold in abeyance be denied.

     The Clerk is directed to enter a briefing schedule.

**Per Curiam**